Book OR 6885 Page: 502 Instrument #: 2018004943

BK: OR 6885 PAGE:502 # OF PGS:2
04/26/2018 09:23:32 AM INSTR# 2018004943
JULIE A. CURTIS, REGISTER OF DEEDS
HANCOCK COUNTY MAINE
eRecorded Document

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

_____ Space above for Recorder's use _____

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, FEDERAL NATIONAL MORTGAGE ASSOCIATION, whose address is 13150 WORLDGATE DRIVE, HERNDON, VA 20170, (ASSIGNOR), does hereby grant, assign and transfer to WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, whose address is C/O PRETIUM MORTGAGE CREDIT MANAGEMENT, 120 SOUTH SIXTH STREET, #2100, MINNEAPOLIS, MN 55402, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: 4/9/2007
Original Loan Amount: $80,000.00
Executed by (Borrower(s)): ROLPH DOUGLAS CAREY
Original Lender: THE FIRST, N.A.
Filed of Record: In Mortgage Book/Liber/Volume 4737, Page 14,
Document/Instrument No: 2007005254 in the Recording District of HANCOCK, ME, Recorded on 4/9/2007.

Property more commonly described as: 3 TODDY POND ROAD, SURRY, MAINE 04684

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 4/12/18

FEDERAL NATIONAL MORTGAGE ASSOCIATION, BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT

By: DOUGLAS HARVEY
Title: VICE PRESIDENT

Witness Name: RENEE LEVERTON

EXHIBIT F

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of    **FLORIDA**
County of   **PINELLAS**

On __4-/2-/8__, before me, INGYR L RUSSELL, a Notary Public, personally appeared **DOUGLAS HARVEY, VICE PRESIDENT of/for MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **FLORIDA** that the foregoing paragraph is true and correct. I further certify DOUGLAS HARVEY, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

_[signature]_

(Notary Name): **INGYR L RUSSELL**
My commission expires: **1/21/2022**

INGYR L RUSSELL
Commission # GG 177065
Expires January 21, 2022
Bonded Thru Budget Notary Services

STATE OF MAINE
HANCOCK COUNTY REGISTRY OF DEEDS
A TRUE COPY OF RECORD
REGISTER _[signature]_
DATE 03-26-2019 NUMBER OF PAGES 2

BK13114    PGS 211 - 212   12/21/2018 08:38:46 AM
INSTR#: 2018029579    ATTEST: BEVERLY BUSTIN-HATHEWAY
RECEIVED KENNEBEC SS    REGISTER OF DEEDS
eRecorded Document

I#: 2018060784 BK: 19955  PG: 2096, 02/28/2018 at 12:33 PM, RECORDING 2 PAGES
-$18.50    KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY
DEPUTY CLERK: CLKTD01

Prepared by:
Fannie Mae
Jennifer S. Beer
13150 Worldgate Drive
Herndon, Virginia 20170

## LIMITED POWER OF ATTORNEY

Fannie Mae, a corporation organized and existing under the laws of the United States of America, having an office for the conduct of business at 13150 Worldgate Drive, Herndon, Virginia 20170, constitutes and appoints Meridian Asset Services, LLC, a Delaware Limited Liability Company, having an office for the conduct of business at 3201 34th Street South, Suite 310, St. Petersburg, FL 33711, its true and lawful Attorney-in-Fact, and in its name, place, and stead and for its use and benefits, to execute, endorse, and acknowledge all documents customarily and reasonably necessary and appropriate for:

- The assignment or endorsement of mortgage loans, deeds of trust, promissory notes and allonges, and to take such actions as may be necessary or required to affect the recordation or filing of any of the aforementioned documents.

The powers and authority conferred under this power of attorney shall include the power and authority to sign on behalf of Fannie Mae as follows:

- FNMA
- Fannie Mae
- Federal National Mortgage Association
- Federal National Mortgage Association aka Fannie Mae
- Fannie Mae aka Federal National Mortgage Association

The undersigned gives to said Attorney-in-Fact full power and authority to execute such instruments and to do and perform all and every act and thing requisite, necessary, and proper to carry into effect the power or powers granted by or under this Limited Power of Attorney as fully, to all intents and purposes, as the undersigned might or could do, and hereby does ratify and confirm all that said Attorney-in-Fact shall lawfully do or cause to be done by authority hereof.

Third parties without actual notice may rely upon the power granted under this Limited Power of Attorney, upon the exercise of such power by the Attorney-in-Fact, that all conditions precedent to such exercise of power have been satisfied and that this Limited Power of Attorney has not been revoked unless an instrument of revocation has been recorded.

[SIGNATURES BEGIN ON THE FOLLOWING PAGE]

PINELLAS COUNTY FL OFF. REC. BK 19955 PG 2097

IN WITNESS WHEREOF, I have hereunto set my hand this 22nd day of February, 2018.

**FANNIE MAE**

By: _____
Assistant Vice President – Erich Ludwig

Witness: _____
By: _____
Name: Sergio Longoria

Witness: _____
By: _____
Name: Eric Johnson

State of _____Texas_____

County of _____Dallas_____

On __February__ 22, 2018, before me, the undersigned Notary Public, personally appeared __Erich Ludwig__, the __AVP__ of __Federal National Mortgage Association__ personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons whose names are subscribed to the within instrument and acknowledged to me that he or she executed the same in his or her authorized capacity, and that by his or her signature on the instrument the entity, on behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public

My commission expires: 2/4/2020

ROBERT G. MORGAN, JR.
Notary Public, State of Texas
Comm. Expires 02-04-2020
Notary ID 130524725

STATE OF FLORIDA-PINELLAS COUNTY
I hereby certify that the foregoing is a true copy as recorded in the official records of Pinellas County.
This ___ day of ____, 20__
KEN BURKE
Clerk of the Circuit Court & Comptroller
By: _____
Deputy Clerk

---

State of Maine   March 26, 2019
Kennebec County   Augusta, Maine
I hereby certify that the foregoing is a true copy of
the record as found in Book 13114  Page 211-212
Kennebec County Registry of Deeds

ATTEST                                      Register
SEAL        Beverly Bustin-Hatheway