Book: OR 6932 Page: 921    Instrument #: 2019000639

BK: OR 6932 PAGE:921 # OF PGS:2
01/17/2019 08:35:20 AM INSTR# 2019000639
JULIE A. CURTIS, REGISTER OF DEEDS
HANCOCK COUNTY MAINE
eRecorded Document

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

_Space above for Recorder's use_

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST**, whose address is **C/O PRETIUM MORTGAGE CREDIT MANAGEMENT, 120 SOUTH SIXTH STREET, #2100, MINNEAPOLIS, MN 55402**, (ASSIGNOR), does hereby grant, assign and transfer to **WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST V-B**, whose address is **3020 OLD RANCH PARKWAY SUITE 180, SEAL BEACH, CA 90740**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: **4/9/2007**
Original Loan Amount: **$80,000.00**
Executed by (Borrower(s)): **ROLPH DOUGLAS CAREY**
Original Lender: **THE FIRST, N.A.**
Filed of Record: In Mortgage Book/Liber/Volume **4737**, Page **14**,
Document/Instrument No: **2007005254** in the Recording District of **HANCOCK, ME**, Recorded on **4/9/2007**.

Property more commonly described as: **3 TODDY POND ROAD, SURRY, MAINE 04684**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: **10/19/2018**

**WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, BY PRETIUM MORTGAGE CREDIT MANAGEMENT, LLC, ITS ATTORNEY-IN-FACT** *

By: **JASON KNAPP**
Title: **AUTHORIZED SIGNATORY**

Witness Name: Jonah Bonwick

*POA recorded in York County, ME on 12/04/18 as Inst#: 2018050549 Book: 17854 Page: 651

EXHIBIT G

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of **MINNESOTA**
County of **HENNEPIN**

On 10-19-18, before me, **THU VAN WITTMANN**, a Notary Public, personally appeared **JASON KNAPP, AUTHORIZED SIGNATORY of/for PRETIUM MORTGAGE CREDIT MANAGEMENT, LLC, AS ATTORNEY-IN-FACT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,** personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **MINNESOTA** that the foregoing paragraph is true and correct. I further certify JASON KNAPP, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

*Thu Van Wittmann*

(Notary Name): **THU VAN WITTMANN**
My commission expires: **01/31/2023**

THU VAN WITTMANN
Notary Public
State of Minnesota
My Commission Expires
January 31, 2023

STATE OF MAINE
HANCOCK COUNTY REGISTRY OF DEEDS
A TRUE COPY OF RECORD
REGISTER Julie A Curtis
DATE 03-26-2019 NUMBER OF PAGES 2

DEBRA L. ANDERSON, REGISTER OF DEEDS
E-RECORDED **Bk 17854 PG 651**
Instr # 2018050549
12/04/2018 08:51:42 AM
Pages 4      YORK CO

DOCUMENT COVER PAGE

When recorded return to:
AMIP Management
3020 Old Ranch Pkwy Suite 180
Seal Beach, CA 90740

DOCUMENT           POWER OF ATTORNEY

TITLE: GRANTOR:    PRETIUM MORTGAGE ACQUISITON TRUST

                   500 Delaware Avenue, 11th Floor

                   Wilmington, DE 19801


GRANTEE(S):        PRETIUM MORTGAGE CREDIT MANAGEMENT, LLC

                   120 South 6th Street, #2100

                   Minneapolis, MN 55402

Document drafted by and
RECORDING REQUESTED BY:
Pretium Mortgage Credit Management, LLC
120 South 6th Street, Suite 2100
Minneapolis, MN 55402
    Attention: Collateral Department

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## LIMITED POWER OF ATTORNEY

**Pretium Mortgage Acquisition Trust (the "Trust")**, by and through **Wilmington Savings Fund Society, FSB, doing business as Christiana Trust** and having an office at 500 Delaware Avenue, 11th Floor, Wilmington, Delaware 19801 not individually but as Trustee ("Trustee") for the Trust, hereby constitutes and appoints PRETIUM MORTGAGE CREDIT MANAGEMENT, LLC, (the "Manager"), and in its name, aforesaid Attorney-In-Fact, by and through any officer appointed by the Board of Directors of the Manager, to execute and acknowledge in writing or by facsimile stamp all documents customarily and reasonably necessary and appropriate for the tasks described in the items (1) through (5) below; provided however, that the documents described below may only be executed and delivered by such Attorneys-In-Fact if such documents are required or permitted under the terms of the Amended and Restated Trust Agreement, dated as of October 10, 2014 (as amended, amended and restated, modified and supplemented from time to time, the "Trust Agreement"), by and among Pretium Mortgage Credit Partners I Loan Acquisition, LP, as settlor and initial beneficiary (the "Settlor"), Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as UTI trustee (the "Trustee"), Wells Fargo Bank, National Association, as Paying Agent (the "Paying Agent") and Pretium Mortgage Credit Management, LLC, as trust manager (the "Manager"), and no power is granted hereunder to take any action that would be adverse to the interests of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust. This Limited Power of Attorney is being issued in connection with the Manager's responsibilities to manage certain mortgage loans (the "Loans") and related Properties (as defined below) held by Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, as Trustee. These Loans are secured by collateral comprised of Mortgages, deeds of trust and other forms of security instruments (collectively the "Security Instruments") encumbering any and all real and personal property delineated therein (the "Property") and the Notes secured thereby. This appointment shall apply to the enumerated transactions only, and shall permit the Manager (in accordance with (and subject to) the terms of the Trust Agreement and the Administration Agreement, as said term is defined in the Trust Agreement) to:

1. Demand, sue for, recover, collect and receive each and every sum of money, debt, account and interest (which now is, or hereafter shall become due and payable) belonging to or claimed by Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, as Trustee, and to use or take any lawful means for recovery by legal process or otherwise, including but not limited to the substitution of trustee serving under a deed of trust, the preparation and issuance of statements of breach, notices of default, and/or notices of sale, taking deeds in lieu of foreclosure, evicting (to the extent allowed by federal, state or local laws) and foreclosing on the properties under the Security Instruments.

2. Execute and/or file such documents and take such other action as is proper and necessary to defend Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, as Trustee in litigation and resolve any litigation where the Manager has an obligation to defend Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, as Trustee.

3. Transact business of any kind regarding the Loans and the Properties (in accordance with (and subject to) the terms of the Trust Agreement), as Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, as Trustee's act and deed, to contract for, purchase, lease, receive and take possession and evidence of title in and to the Property and/or to secure payment of a promissory note or performance of any obligation or agreement relating thereto.

4. Execute bonds, notes, mortgages, deeds of trust and other contracts, agreements and instruments regarding the borrowers and/or the Property, including but not limited to the execution of releases, satisfactions, assignments, loan modification agreements, loan assumption agreements, subordination agreements, property adjustment agreements, and other instruments pertaining to mortgages or deeds of trust, bills of sale and execution of deeds and associated

714932147

and related instruments and documents necessary, if any, conveying or encumbering the Property or to effect the conveyance or release of an encumbrance on the Property, in the interest of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, as Trustee.

5. Endorse on behalf of the undersigned all checks, drafts and/or other negotiable instruments made payable to the undersigned.

Nothing contained herein shall be construed to grant the Manager the power to initiate or defend any suit, litigation or proceeding in the name of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust in its individual capacity. If the Manager receives any notice of suit, litigation or proceeding in the name of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust in its individual capacity, then the Manager shall promptly forward a copy of same to Wilmington Savings Fund Society, FSB, doing business as Christiana Trust.

This Limited Power of Attorney is not intended to extend the powers granted to the Manager under the Trust Agreement or to allow the Manager to take any action with respect to Security Instruments or promissory notes (or other evidence of indebtedness) not authorized by the Trustee or the Manager.

Wilmington Savings Fund Society, FSB, doing business as Christiana Trust and its directors, officers, employees and agents shall be indemnified and held harmless from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever incurred by reason or result of or in connection with the exercise by the Manager of the powers granted to it hereunder pursuant to and in accordance with the terms contained in the Trust Agreement and the Administration Agreement (as said term is defined in the Trust Agreement). The foregoing indemnity shall survive the termination of this Limited Power of Attorney and/or the earlier resignation or removal of the Trustee.

**Witness** my hand and seal this 6th day of August, 2015.

**NO CORPORATE SEAL**

Witness: Ruth Bradley

Witness: Karen Huffman

Attest: Cedric L. Strother

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust

By: _____
Name: Jeffrey R. Everhart
Title: Assistant Vice President

714932147

## CORPORATE ACKNOWLEDGMENT

State of Delaware

County of New Castle

On this 6th day of August, 2015, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Jeffrey R. Everhart, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons who executed the within instrument as Assistant Vice President of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, and acknowledged to me that such national banking association executed the within instrument pursuant to its by-laws or a resolution of its Board of Directors.

WITNESS my hand and official seal.

Signature: _Yulia Davydovitch_

My commission expires: _April 29, 2016_

I HEARBY CERTIFY THIS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN YORK COUNTY MAINE REGISTRY OF DEEDS

ATTEST: Nancy E. Hammond
REGISTRAR

714932147