# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

Serving Massachusetts, Maine,
New York & New Hampshire
Hours: Monday – Friday 9 am – 4 pm
www.dgandl.com

100 Cummings Center, Suite 225D
Beverly, Massachusetts 01915
TEL: (978) 921-2670
FAX: (978) 921-4870

August 14, 2019

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Rolph Douglas Carey
a/k/a Rolph Doug Carey
3 Toddy Pond Road
Surry, ME 04684

Rolph Douglas Carey
a/k/a Rolph Doug Carey
P.O. Box 143
Kingfield, ME 04947

### NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re: Property Address: 3 Toddy Pond Road, Surry, ME 04684
    Loan Number:
    Payment Due Date: December 1, 2013

Dear Rolph Douglas Carey a/k/a Rolph Doug Carey:

    This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer, FCI Lender Services, Inc.; Investor, American Mortgage Investment Partners Management LLC; and Mortgagee, Wilmington Savings Fund Society, FSB as Owner Trustee of the Residential Credit Opportunities Trust V-B. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, FCI Lender Services, Inc.; Investor, American Mortgage Investment Partners Management LLC; and the Mortgagee, Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-B pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

    Your loan is sixty-nine (69) months in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of The First, N.A. its successors and assigns dated April 9, 2007 and recorded in the Hancock County Registry of Deeds in Book 4737, Page 14. This firm is relying on information provided by the


EXHIBIT H

Servicer. If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | | |
|---|---|---:|
| Payments | $ | 33,987.33 |
| Late Charges | $ | 1,699.47 |
| Unpaid Charges | $ | 12,865.61 |
| Attorney Fees & Costs | $ | 165.52 |
| **TOTAL TO CURE DEFAULT:** | $ | 48,717.93 |

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $48,717.93 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **American Mortgage Investment Partners Management LLC, Payment Processing, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. Please contact American Mortgage Investment Partners Management LLC at 562-735-6555 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-B; the mortgage servicer, which is FCI Lender Services, Inc., or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, American Mortgage Investment Partners Management LLC is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact American Mortgage Investment Partners Management LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

American Mortgage Investment Partners Management LLC
Loan Resolution
3020 Old Ranch Parkway, Suite 180
Seal Beach, CA 90740
562-735-6555

# NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
American Mortgage Investment Partners Management LLC
Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-B

by its attorney

John A. Doonan, Esq.
Reneau J. Longoria, Esq.

JAD/RJL/NM
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies
54316

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** mdrost@mainehousing.org
**Address:** 353 Water Street
AUGUSTA, Maine 04330-4665
**Counseling Services:**
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:**
**Website:** www.mainehousing.org
**Agency ID:** 81227

---

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:**
**Fax:**
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water St
Augusta, Maine 04330-6113
**Counseling Services:**
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.mainehousing.org
**Agency ID:** 84456

---

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
BANGOR, Maine 04401-4952
**Counseling Services:**
- Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

---

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963-0114
**Toll Free:** 800-221-2221
**Fax:** 207-442-0122
**Email:** theresa.dow@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:**
- Financial Management/Budget Counseling
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:**
- English
- Spanish

**Affiliation:**
**Website:** http://midcoastmainecommunityaction.org
**Agency ID:** 80502

---

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling

- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling

**Languages:**
- English
- Spanish

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

---

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:** 207-866-6553
**Email:** accounting@fourdirectionsmaine.org
**Address:** 20 Godfrey Drive
ORONO, Maine 04473-3610
**Counseling Services:**
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** www.fourdirectionsmaine.org
**Agency ID:** 83879

---

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:**
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St 5Th Floor
Portland, Maine 04101
**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

**Languages:**
- English
- Spanish

**Affiliation:** MONEY MANAGEMENT INTERNATIONAL INC.
**Website:** http://www.moneymanagement.org
**Agency ID:** 82632

---

**Agency Name:** PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@prosperityme.org
**Address:** 62 Elm St Ste 2
Portland, Maine 04101-3092
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops

- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

**Languages:**
- English
- French
- Other
- Swahili

**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://prosperityme.org/
**Agency ID:** 80649

---

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Counseling Services:**
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** Meaghan.Arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.community-concepts.org
**Agency ID:** 81580

---

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

# Nancy McFadden

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Wednesday, August 14, 2019 8:47 AM |
| **To:** | Nancy McFadden |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves & Longoria Owner of the mortgage:investor What term best describes the owner of the mortgage?:Securitized Pool Filer's Email Address:nmcfadden@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loan Resolution Department
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

-----
Consumer Information
-----

Consumer First name:Rolph
Consumer Middle Initial/Middle Name: Douglas Consumer Last name:Carey Consumer Suffix: a/k/a Rolph Doug Carey
Property Address line 1:5 Toddy Pond Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Surry
Property Address State:
Property Address zip code:04684
Property Address County:Hancock

-----
Notification Details
-----

Date notice was mailed:8/14/2019
Amount needed to cure the default:48,717.93 Consumer Address line 1:P.O. Box 143 Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Kingfield
Consumer Address State:ME
Consumer Address zip code:04947

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center
Suite 225D
Beverly, Massachusetts 01915

Rolph Douglas Carey
a/k/a Rolph Doug Carey
3 Toddy Pond Road
Surry, ME 04684

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center
Suite 225D
Beverly, Massachusetts 01915

Rolph Douglas Carey
a/k/a Rolph Doug Carey
3 Toddy Pond Road
Surry, ME 04684



Rolph Douglas Carey
a/k/a Rolph Doug Carey
P.O. Box 143
Kingfield, ME 04947



DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW

100 Cummings Center
Suite 225D
Beverly, Massachusetts 01915

Rolph Douglas Carey
a/k/a Rolph Doug Carey
P.O. Box 143
Kingfield, ME 04947

DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW

100 Cummings Center
Suite 225D
Beverly, Massachusetts 01915



**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Doonan, Graves & Longoria
100 Cummings Center, Suite 225D
Beverly, MA 01915

To: Rolph Douglas Carey
a/k/a Rolph Doug Carey
P.O. Box 143
Kingfield, ME 04947

USPS
CUMMINGS STATION
AUG 2019
BEVERLY

Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065



**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Doonan, Graves & Longoria
100 Cummings Center, Suite 225D
Beverly, MA 01915

To: Rolph Douglas Carey
a/k/a Rolph Doug Carey
3 Toddy Pond Road
Surry, ME 04684

Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065

